UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.

PORT-O-CALL, ASSOCIATES, L.P.,
a New Jersey Limited Partnership,

    Defendants.

Case No. 1:16-cv-03222-RMB-AMD

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice.

DONE AND ORDERED in Chambers at _____, _____, this 16th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

{05547415; 1}